law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2523.   IN RE DISCIPLINE OF CHASNOFF.   Joel Chasnoff, of Ashton, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2524.   IN RE DISCIPLINE OF DITTON.   Michael Henry Ditton, of Bozeman, Mont., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2525.   IN RE DISCIPLINE OF BRANDES.   Frederic Michael Brandes, of Timonium, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2526.   IN RE DISCIPLINE OF EHRLICH.   Robert Lee Ehrlich, of Calabasas, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2527.   IN RE DISCIPLINE OF HEGHMANN.   Robert Alan Heghmann, of Darham, N. H., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2528.   IN RE DISCIPLINE OF UDELL.   Robert G. Udell, of Stuart, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2529.   IN RE DISCIPLINE OF FITZPATRICK.   William A. Fitzpatrick, of Philadelphia, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.